| | |
|---|---|
| 1 | ARTHUR A. HARTINGER (SBN 121521) |
|   | ahartinger@publiclawgroup.com |
| 2 | LINDA ROSS (SBN 133874) |
|   | lross@publiclawgroup.com |
| 3 | RYAN McGINLEY-STEMPEL (SBN 296182) |
|   | rmcginleystempel@publiclaw.com |
| 4 | RENNE PUBLIC LAW GROUP |
|   | 350 Sansome Street, Suite 300 |
| 5 | San Francisco, California 94104 |
|   | Telephone: (415) 848-7200 |
| 6 | Facsimile: (415) 848-7230 |
| 7 | JEFFREY M. BRAX, County Counsel (SBN 218601) |
|   | JASON M. DOOLEY, Deputy (SBN 258570) |
| 8 | NAPA COUNTY |
|   | 1195 Third Street, Suite 301 |
| 9 | Napa, California 94559-3001 |
|   | Telephone: (707) 253-4521 |
| 10 | Facsimile: (707) 259-8220 |
|   | Jason.Dooley@countyofnapa.org |
| 11 | Attorneys for Defendants |
|   | COUNTY OF NAPA and NAPA COUNTY BOARD OF |
| 12 | SUPERVISORS |
| 13 | GEOFFREY L. ROBINSON (SBN 112997) |
|   | grobinson@perkinscoie.com |
| 14 | JACOB E. ARONSON (SBN 313353) |
|   | jaronson@perkinscoie.com |
| 15 | PERKINS COIE LLP |
|   | 505 Howard Street, Suite 1000 |
| 16 | San Francisco, California 94105 |
|   | Telephone: (415) 344-7000 |
| 17 | Facsimile: (415) 344-7050 |
|   | Attorneys for Plaintiffs |
| 18 | HELICOPTERS FOR AGRICULTURE; JAMES BARRETT; HEIDI |
|   | BARRETT; BARRETT AND BARRETT VINEYARDS, LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELICOPTERS FOR AGRICULTURE; JAMES BARRETT; HEIDI BARRETT; BARRETT AND BARRETT VINEYARDS, LP,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA and NAPA COUNTY BOARD OF SUPERVISORS,<br>Defendants. | Case No. 3:18-cv-06124-WHA<br><br>**STIPULATION REGARDING CONSOLIDATION OF CASE MANAGEMENT CONFERENCES**<br><br>Conference: January 10, 2019<br>11:00 a.m. |

-1-

Plaintiffs Helicopters for Agriculture, James Barrett, Heidi Barrett, and Barrett and Barrett Vineyards, LP ("Plaintiffs"), and Defendants County of Napa and Napa County Board of Supervisors ("Defendants") hereby stipulate and agree as follows:

1. On October 5, 2018, Plaintiffs filed two actions against Defendants: (a) the above-captioned federal court action, *Helicopters for Agriculture, et al. v. County of Napa et al.*, N.D. Cal. Case No. 3:18-cv-6124-WHA; and (b) a state court action, *Helicopters for Agriculture et al. v. County of Napa et al.*, Napa County Superior Court Case No. 18CV001371, which was subsequently removed to the United States District Court for the Northern District of California and, upon reassignment to Judge Alsup pursuant to an order granting an administrative motion to relate cases (Civil L. R. 3-12), was docketed as Case No. 3:18-cv-6683-WHA.

2. A Case Management Conference in Case No. 3:18-cv-6124-WHA is set for January 10, 2019, at 11:00 a.m., and a Case Management Conference in Case No. 3:18-cv-6683-WHA is set for January 31, 2019, at 11:00 a.m.

3. The operative facts in the two cases are identical and, except for a preemption claim in Case No. 3:18-cv-6124-WHA and a petition for writ of mandate in Case No. 3:18-cv-6683-WHA (which Plaintiffs intend to dismiss), the claims are identical. The parties agree that, in the interests of efficiency and judicial economy, the two Case Management Conferences should be consolidated on the same date with the same pre-conference deadlines. Lead counsel for Plaintiffs is currently scheduled to be on vacation on the East Coast on January 10, 2019. Moreover, Defendants intend to move to dismiss both cases and intend to set the corresponding motion hearing on January 31, 2019, at 8:00 a.m. The parties therefore request that the Case Management Conferences in the two cases be scheduled for January 31, 2019.

4. A proposed order is filed with this stipulation.

| | | |
|---|---|---|
| 1 | DATED: December 14, 2018 | **RENNE PUBLIC LAW GROUP** |
| 2 | | |
| 3 | | By: /s/ Ryan McGinley-Stempel<br>Ryan McGinley-Stempel<br>Attorneys for Defendants |
| 4 | | |
| 5 | DATED: December 14, 2018 | **COUNTY OF NAPA** |
| 6 | | |
| 7 | | By: /s/ Jason Dooley<br>Jason Dooley, Deputy County Counsel<br>Attorneys for Defendants |
| 8 | | |
| 9 | DATED: December 14, 2018 | **PERKINS COIE LLP** |
| 10 | | |
| 11 | | By: /s/ Geoffrey L. Robinson<br>Geoffrey L. Robinson<br>Attorneys for Plaintiffs |
| 12 | | |

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Geoffrey L. Robinson
Geoffrey L. Robinson

| | |
|---|---|
| 1 | ARTHUR A. HARTINGER (SBN 121521) |
| | ahartinger@publiclawgroup.com |
| 2 | LINDA ROSS (SBN 133874) |
| | lross@publiclawgroup.com |
| 3 | RYAN McGINLEY-STEMPEL (SBN 296182) |
| | rmcginleystempel@publiclaw.com |
| 4 | RENNE PUBLIC LAW GROUP |
| | 350 Sansome Street, Suite 300 |
| 5 | San Francisco, California 94104 |
| | Telephone: (415) 848-7200 |
| 6 | Facsimile: (415) 848-7230 |
| 7 | JEFFREY M. BRAX, County Counsel (SBN 218601) |
| | JASON M. DOOLEY, Deputy (SBN 258570) |
| 8 | NAPA COUNTY |
| | 1195 Third Street, Suite 301 |
| 9 | Napa, California 94559-3001 |
| | Telephone: (707) 253-4521 |
| 10 | Facsimile: (707) 259-8220 |
| | Jason.Dooley@countyofnapa.org |
| 11 | Attorneys for Defendants |
| | COUNTY OF NAPA and NAPA COUNTY BOARD OF |
| 12 | SUPERVISORS |
| 13 | GEOFFREY L. ROBINSON (SBN 112997) |
| | grobinson@perkinscoie.com |
| 14 | JACOB E. ARONSON (SBN 313353) |
| | jaronson@perkinscoie.com |
| 15 | PERKINS COIE LLP |
| | 505 Howard Street, Suite 1000 |
| 16 | San Francisco, California 94105 |
| | Telephone: (415) 344-7000 |
| 17 | Facsimile: (415) 344-7050 |
| | Attorneys for Plaintiffs |
| 18 | HELICOPTERS FOR AGRICULTURE; JAMES BARRETT; HEIDI |
| | BARRETT; BARRETT AND BARRETT VINEYARDS, LP |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELICOPTERS FOR AGRICULTURE; JAMES BARRETT; HEIDI BARRETT; BARRETT AND BARRETT VINEYARDS, LP,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF NAPA and NAPA COUNTY BOARD OF SUPERVISORS,<br>Defendants. | Case No. 3:18-cv-06124-WHA<br><br>**[PROPOSED] ORDER CONSOLIDATING CASE MANAGEMENT CONFERENCES** |

-1-

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Having reviewed the parties' Stipulation Regarding Consolidation of Case Management |
| 3 | Conferences, and good cause appearing, the Court hereby orders that the Case Management |
| 4 | Conferences in the following cases are scheduled for **January 31, 2018**, at 11:00 a.m., in |
| 5 | Courtroom 12: |
| 6 | 1.  Helicopters for Agriculture, et al. v. County of Napa, et al., Case No. 3:18-cv- |
| 7 | 06124-WHA; and |
| 8 | 2.  Helicopters for Agriculture, et al. v. County of Napa, et al., Case No. 3:18-cv- |
| 9 | 06683-WHA. |
| 10 | The parties shall adjust the dates for the conference, disclosures, report, and ADR |
| 11 | certification required by Fed. R. Civ. P. 16 and 26, Civil L.R. 16-8, and ADR L.R. 3-5 |
| 12 | accordingly. A joint case management statement is due at least seven days prior. |
| 13 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

DATED: December 26, 2018



William H. Alsup
United States District Judge

IT IS SO ORDERED
AS MODIFIED
Judge William Alsup

-2-