1  GEOFFREY L. ROBINSON (SBN 112997)
   grobinson@perkinscoie.com
2  JACOB E. ARONSON (SBN 313353)
   jaronson@perkinscoie.com
3  PERKINS COIE LLP
   505 Howard Street, Suite 1000
4  San Francisco, California 94105
   Telephone: (415) 344-7000
5  Facsimile:  (415) 344-7050
   Attorneys for Plaintiffs
6  HELICOPTERS FOR AGRICULTURE; JAMES BARRETT; HEIDI
   BARRETT; BARRETT AND BARRETT VINEYARDS, LP
7
   ARTHUR A. HARTINGER (SBN 121521)
8  ahartinger@publiclawgroup.com
   LINDA ROSS (SBN 133874)
9  lross@publiclawgroup.com
   RYAN McGINLEY-STEMPEL (SBN 296182)
10 rmcginleystempel@publiclaw.com
   RENNE PUBLIC LAW GROUP
11 350 Sansome Street, Suite 300
   San Francisco, California 94104
12 Telephone: (415) 848-7200
   Facsimile:  (415) 848-7230
13
   JEFFREY M. BRAX, County Counsel (SBN 218601)
14 jeffrey.brax@countyofnapa.org
   SHERRI S. KAISER, Chief Deputy County Counsel (SBN 197986)
15 sherri.kaiser@countyofnapa.org
   NAPA COUNTY
16 1195 Third Street, Suite 301
   Napa, California 94559-3001
17 Telephone: (707) 253-4521
   Facsimile:  (707) 259-8220
18 Attorneys for Defendants
   COUNTY OF NAPA and NAPA COUNTY BOARD OF
19 SUPERVISORS

20                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
21                    SAN FRANCISCO DIVISION

22

| HELICOPTERS FOR AGRICULTURE; JAMES BARRETT; HEIDI BARRETT; BARRETT AND BARRETT VINEYARDS, LP, <br> Plaintiffs, <br> v. <br> COUNTY OF NAPA and NAPA COUNTY BOARD OF SUPERVISORS, <br> Defendants. | Lead Case No. 3:18-cv-06124-WHA <br><br> Consolidated Case No. 3:18-cv-6683-WHA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |
|---|---|

-1-

Plaintiffs Helicopters for Agriculture, James Barrett, Heidi Barrett, and Barrett and Barrett Vineyards, LP ("Plaintiffs"), and Defendants County of Napa and Napa County Board of Supervisors ("Defendants") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of this action and its consolidated member case, *Helicopters for Agriculture et al. v. County of Napa et al.*, Case No. 3:18-cv-6683-WHA (which is administratively closed), with each of the parties to bear their own attorney's fees and costs.

DATED:  March 2, 2020            **PERKINS COIE LLP**

By:  /s/ Geoffrey L. Robinson
    Geoffrey L. Robinson
    Attorneys for Plaintiffs

DATED:  March 2, 2020            **RENNE PUBLIC LAW GROUP**

By:  /s/ Arthur A. Hartinger
    Arthur A. Hartinger
    Attorneys for Defendants

DATED:  March 2, 2020            **COUNTY OF NAPA**

By:  /s/ Sherri S. Kaiser
    Sherri S. Kaiser, Chief Deputy County Counsel
    Attorneys for Defendants

Pursuant to Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.
/s/ Geoffrey L. Robinson
Geoffrey L. Robinson